[No. 63079-2-I. Division One. July 6, 2010.]

*In the Matter of the Marriage of* CARMEN P. ROCKWELL, *Respondent*, and PETER G. ROCKWELL, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 04-3-03334-2, James A. Doerty, J., entered January 27, 2009. *Reversed* and *remanded* by unpublished opinion per Appelwick, J., concurred in by Dwyer, C.J., and Grosse, J. Now published at 157 Wn. App. 449.

[No. 63121-7-I. Division One. July 6, 2010.]

THE STATE OF WASHINGTON, *Respondent*, v. WESLEY F. RIEDEL ET AL., *Appellants*.

Appeal from a judgment of the Superior Court for Skagit County, No. 07-2-00173-8, John M. Meyer, J., entered January 29, 2009. *Affirmed* by unpublished opinion per Cox, J., concurred in by Schindler and Lau, JJ.

[No. 63259-1-I. Division One. July 6, 2010.]

SHELDON REYNOLDS ET AL., *Appellants*, v. JANIE HENDRIX, *Respondent*.

Appeal from a judgment of the Superior Court for King County, No. 07-2-25886-8, William L. Downing, J., entered March 4, 2009. *Affirmed* by unpublished opinion per Ellington, J., concurred in by Leach, A.C.J., and Cox, J.

[No. 63546-8-I. Division One. July 6, 2010.]

THE STATE OF WASHINGTON, *Respondent*, v. AFTON MCCALL SMITH, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 08-1-09527-1, James D. Cayce, J., entered April 17, 2009. *Affirmed* by unpublished opinion per Dwyer, C.J., concurred in by Becker and Spearman, JJ.